UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AA-J BREEDING, LLC; SU-SIM, LLC;
DERBY STAKES, LLC; URI HALFON;
ORA-OLI HALFON,

    Plaintiffs,

v.                Case Number 07-12849-BC
                 Honorable Thomas L. Ludington

GEOSTAR FINANCIAL SERVICES CORP.;
GEOSTAR 2003-I DRILLING PARTNERSHIP;
FIRST SOURCE WYOMING, INC.,

    Defendants.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On October 30, 2007, the Court issued an order for Plaintiffs to show cause why the case should not be dismissed for lack of jurisdiction for incomplete diversity under 28 U.S.C. § 1332 or for lack of venue under 28 U.S.C. § 1391. On November 13, 2007, Plaintiffs filed a response, which identified the citizenship of the members of the three limited liability companies that are Plaintiffs AA-J Breeding, L.L.C.; Su-Sim, L.L.C.; and Derby Stakes, L.L.C. They represent that their members are citizens of California, Utah, or Nevada and that Defendants are corporation with states of incorporation of either Delaware or Michigan, with principal places of business in Michigan. Given their previous assertion that the amount in controversy exceeds $75,000, their pleadings suffice to establish complete diversity. Also, as a consequence of the residence of Defendants in Michigan, Plaintiffs have established venue.

Accordingly, it is **ORDERED** that the order to show cause why the case should not be dismissed for lack of subject matter jurisdiction or venue is **DISMISSED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: November 14, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 14, 2007.

s/Tracy A. Jacobs
TRACY A. JACOBS

---