# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

AA-J Breeding, LLC, et al,

       Plaintiff(s),                    CASE NO.   07-12849

v.                                    JUDGE      Thomas L Ludington

GeoStar Corp., et al,

       Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:   U.S. District Court
        Eastern District of Kentucky
        PO Drawer 3074
        Lexington, KY 40588-3074

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER . A certified copy of the docket and the transfer order are enclosed for consolidation with your Multi District Litigation 1877. The remainder of the docket entries are available using Pacer.

Please acknowledge receipt of these documents by returning a time-stamped copy of this notice.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 1877. Please file all future documents with the court listed above.

                                      DAVID J. WEAVER, CLERK OF COURT

Date: February 15, 2008            By      s/Sarah Schoenherr
                                                  Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                      DAVID J. WEAVER, CLERK OF COURT

Date: February 15, 2008            By      s/Sarah Schoenherr
                                                  Deputy Clerk